```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BENJAMIN E. HALL (SBN 219924)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEROY DEL DON JR., | ) | 1:10-cv-00126-AWI-GSA |
| Plaintiff, | ) | **STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | ) | |
| TOM VILSACK, in his official capacity as United States Secretary of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE, KAREN JO CALDWELL, SUSAN SKALSKI, KATHY HARDY, CHRISTINA WELCH, and DOES 1 - 100 inclusive, | ) | Date: February 23, 2010<br>Time: 1:30 p.m.<br>Ctrm: 2<br>Hon. Anthony W. Ishii |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between Defendant United States Department of Agriculture ("USDA") and Plaintiff, Leroy Del Don Jr. ("Del Don"), by and through their respective counsel, to preserve the status quo as follows:

1. USDA agrees to suspend the February 26, 2010 deadline set forth in the Notice of Trespass and Opportunity to Sell dated January 22, 2010, authored by District Ranger Karen Jo Caldwell regarding Pinecrest Tract Lot 150, Stanislaus National Forest

("Lot 150"), until the above-captioned action, Case No. 1:10-cv-00126-AWI-GSA (the "Litigation") is resolved by dismissal or final judgment.

2. USDA agrees to suspend the October 31, 2010 deadline set forth in the Notice of Trespass and Opportunity to Sell dated January 22, 2010, authored by District Ranger Karen Jo Caldwell regarding Lot 150 until the Litigation is resolved by dismissal or final judgment.

3. USDA and Del Don agree that the recreation residence and all related improvements and structures on Lot 150 will not be placed for sale until the Litigation is resolved by dismissal or final judgment.

4. USDA and Del Don agree that the asphalt driveway on Lot 150 will not be destroyed, removed, and/or altered until the Litigation is resolved by dismissal or final judgment.

5. USDA and Del Don agree that no part of the recreation residence or its related improvements and/or structures on Lot 150 will be removed or destroyed until the Litigation is resolved by dismissal or final judgment.

6. USDA and Del Don agree that for a period of thirty (30) days following the Court's entry of an order on this Stipulation, Del Don may enter the recreation residence and related improvements on Lot 150 as many times as necessary for the purposes of retrieving personal items, securing the structures, and performing maintenance and repairs, provided that (a) Del Don shall provide notice to District Ranger Karen Jo Caldwell by telephone (209-965-3434) or facsimile (209-965-3372) not less than forty-eight (48) hours prior to each such entry; and (b) Del

1 Don shall not occupy the recreational residence overnight or use
2 it for recreational purposes.
3     7.    USDA and Del Don agree that following the expiration of
4 the thirty (30) day period set forth in paragraph 6 of this
5 Stipulation, and until this Litigation is resolved by dismissal
6 or by final judgment, Del Don may enter the recreation residence
7 and related improvements on Lot 150 not more than one (1) day
8 each calendar month other than May, and not more than two (2)
9 days during the month of May, for the purposes of retrieving
10 personal items, securing the structures, and performing
11 maintenance and repairs, provided that (a) Del Don shall provide
12 notice to District Ranger Karen Jo Caldwell by telephone (209-
13 965-3434) or facsimile (209-965-3372) not less than forty-eight
14 (48) hours prior to each such entry; and (b) Del Don shall not
15 occupy the recreational residence overnight or use it for
16 recreational purposes. USDA agrees that Del Don may bring a work
17 crew to Lot 150 for spring clean-up during the month of May,
18 subject to the other requirements of this paragraph.
19     8.    Del Don agrees to withdraw his Motion for Preliminary
20 Injunction and requests that the Court vacate the hearing set for
21 February 23, 2010.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3
STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

|     |                              |                                                                   |
| --- | ---------------------------- | ----------------------------------------------------------------- |
| 1   |                              | Respectfully submitted,                                           |
| 2   | Dated: February 12, 2010     | BENJAMIN B. WAGNER<br>United States Attorney                      |
| 3   |                              |                                                                   |
| 4   |                              | By: /s/ Benjamin E. Hall                                          |
| 5   |                              | BENJAMIN E. HALL<br>Assistant U.S. Attorney                       |
| 6   |                              | Attorneys for Defendants                                          |
| 7   | Dated: February 12, 2010     | ARATA, SWINGLE, SODHI &<br>VAN EGMOND                             |
| 8   |                              | [Authorized 2/12/10]                                              |
| 9   |                              | By: /s/ Colleen F. Van Egmond                                     |
| 10  |                              | COLLEEN F. VAN EGMOND<br>Attorneys for Plaintiff                  |

**ORDER**

IT IS SO ORDERED.

**Dated:   February 16, 2010**          /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE