```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY DEL DON JR., | 1:10-cv-00126-AWI-GSA |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| v. | |
| TOM VILSACK, in his official capacity as United States Secretary of Agriculture, UNITED STATES DEPARTMENT OF AGRICULTURE, UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE, KAREN JO CALDWELL, SUSAN SKALSKI, KATHY HARDY, CHRISTINA WELCH, and DOES 1 - 100 inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice as to the remaining defendants, SUSAN SKALSKI, KATHY HARDY and CHRISTINA WELCH, each party to bear its own fees and costs.

///

///

```
                                    Respectfully submitted,

Dated: May 6, 2010                  BENJAMIN B. WAGNER
                                    United States Attorney


                               By:  /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendants


Dated: May 6, 2010                  ARATA, SWINGLE, SODHI &
                                    VAN EGMOND

                                    [Authorized 5/5/10]

                               By:  /s/ Colleen F. Van Egmond
                                    COLLEEN F. VAN EGMOND
                                    Attorneys for Plaintiff
```

**ORDER**

IT IS SO ORDERED.

**Dated:   May 6, 2010**                 /s/ Anthony W. Ishii
                             CHIEF UNITED STATES DISTRICT JUDGE

2
STIPULATION OF DISMISSAL; ORDER